IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

John Graylon Welch,                         )
                                            )    C.A. No.: 4:05-2706-RBH
                         Petitioner,        )
                                            )
        vs.                                 )    **O R D E R**
                                            )
Matthew B. Hamidullah, Warden; Harrell      )
Watts, NIA, Alberto Gonzales, Atty Gen.;    )
et al,                                      )
                                            )
                         Respondents.       )
                                            )
_____          )

This matter is before the court for review of the Report and Recommendation of United

States Magistrate Judge Thomas E. Rogers, III,   made in accordance with 28 U.S.C.

§ 636(b)(1)(B) and Local Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this court.  The recommendation

has no presumptive weight.  The responsibility to make a final determination remains with this

court.  See Mathews v. Weber, 423 U.S. 261, 270-71 (1976).  The court is charged with making

a de novo determination of those portions of the Report and Recommendation to which specific

objection is made, and the court may accept, reject, or modify, in whole or in part, the recommen-

dation of the Magistrate Judge or recommit the matter with instructions.  See 28 U.S.C.

§ 636(b)(1).

The Petitioner filed no objections to the Report and Recommendation.  In the absence of

objections to the Report and Recommendation of the Magistrate Judge, this court is not required

1

to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

After a thorough review of the Report and Recommendation and the record in this case, the court adopts Magistrate Judge Rogers' Report and Recommendation and incorporates it herein. It is therefore

**ORDERED** that Petitioner's petition is dismissed for failure to prosecute.

**IT IS SO ORDERED.**

S/ R. Bryan Harwell
R. Bryan Harwell
United States District Judge

Florence South Carolina
April 4, 2006